**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Delores Thompson, Wesley Thompson, Dawn Thompson, Jan Repnow, Charles Repnow, and Thompson Farms ND, LLLP, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| v. | ) ) | |
| Aurora Wind Project, LLC, and ENEL S.p.A., | ) ) ) ) | Case No. 1:25-cv-243 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 31, 2026, at 1:30 PM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 20th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court