**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Wesley Thompson, Dawn Thompson, Jan Repnow, Charles Repnow, and Thompson Farms ND, LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>Aurora Wind Project, LLC,<br><br>Defendant. | ) | **ORDER**<br><br>Case No.: 1:25-cv-243 |

On August 31, 2026, the parties filed (1) a Stipulated Motion for Entry of Amended Scheduling Order, and (2) a Stipulated Motion to Continue Dispositive Motion Deadlines and Trial Dates. (Doc. Nos. 25 and 27).

The court **GRANTS** the parties' stipulated motions (Doc. Nos 25 and 27). An Amended Scheduling/Discovery Plan submitted by the parties is attached to his order as an exhibit. The court **ADOPTS** the parties' Amended Scheduling/Discovery Plan and **AMENDS** the pretrial deadlines as follows:

(1) The parties shall have until February 18, 2027, to complete fact discovery and to file discovery motions.

(2) The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

(a) Plaintiffs' expert designations and reports are due by March 18, 2027.

(b) Defendants' expert designations and reports are due by May 3, 2027.

(c) Plaintiffs rebuttal expert designations and reports are due by June 21, 2027.

(3) The parties shall have until August 3, 2027, to complete discovery depositions of experts.

(4) The parties had until April 8, 2027, to move to amend pleadings to add claims for punitive damages.

(5) The parties shall be ready to evaluate the case for settlement purposes by April 8, 2027.

(5) The parties shall have until August 24, 2027, to file other dispositive motions (summary judgment as to all or part of the case).

The jury trial on September 27, 2027, shall be rescheduled for February 28, 2028, at 9:00 AM in Bismarck before Judge Daniel L. Hovland (Eagle Courtroom). An eight (8) day trial is anticipated. The final pretrial conference on September 14, 2027, shall be rescheduled for February 15, 2028, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted to enter the "Call ID."

**IT IS SO ORDERED**.

Dated this 1st day of September, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court